```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ANTHONY SMITH, individually and on                            :
behalf of all others similarly situated,                      :
                                                              :
                              Plaintiff,                      :   22-CV-1185 (VSB)
                                                              :
              -against-                                       :        ORDER
                                                              :
AKELA CONTRACTING LLC; AKELA                                  :
CONTRACTING/CIVETTA COUSINS JV,                               :
JOINT VENTURE, LLC; JDV SAFETY                                :
INC.; ALL EYES ON SAFETY INC;                                 :
KARINE WILLIAMS, individually; and                            :
BRIAN MCDERMOTT, individually,                                :
                                                              :
                              Defendants.                     :
                                                              :
-------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On October 13, 2022, I directed Plaintiff to file affidavits of service of the First Amended Complaint for Defendants Akela Contracting LLC and Karine Williams. (Doc. 53.) An affidavit of service has been filed for Akela Contracting LLC. (Doc. 57.) No affidavit for Ms. Williams is reflected on the docket. Plaintiff is therefore ordered to file either an affidavit of service for Ms. Williams or a status letter stating when they expect that affidavit to be filed by November 2, 2022.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge