

28 Liberty Street, 30th Floor
Telephone: (212) 300-0375

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 11/9/2022

The parties shall file the Joint Letter by November 22, 2022.

November 8, 2022

**VIA CM/ECF**

Hon. Vernon S. Broderick, U.S.D.J.
U.S. District Court for the
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

  Re: *Smith v. Akela Contracting LLC et al.*, No. 22 Civ. 1185 (VSB)

Dear Judge Broderick:

  We represent the Plaintiffs and putative class and collective in this matter. We write pursuant to Section 1(G) of Your Honor's Individual Rules to request a one-week extension of time to file the Joint Letter and Proposed Scheduling Order set forth in ECF No. 64 (currently due November 15, 2022). We request this because the undersigned counsel's toddler is going through a medical emergency, including hospitalization.

  This is the first request for an extension of time for this deadline, and counsel for all Defendants consent. This extension does not affect any other dates currently set by the Court.

  We thank the Court for its time and consideration of our request.

              Sincerely,

              /s/ Armando A. Ortiz

              Armando Ortiz

CC: All Counsel of Record (via ECF)