UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                :

ANTHONY SMITH, individually and on       :
behalf of all others similarly situated,
                                                                                :

                                         Plaintiff,        :            22-CV-1185 (VSB)
                                                                                  :

                             -against-             :                **ORDER**

AKELA CONTRACTING LLC; AKELA         :
CONTRACTING/CIVETTA COUSINS
JOINT VENTURE, LLC; JDV SAFETY INC; :
ALL EYES ON SAFETY INC; KARINE
WILLIAMS, individually; and, BRIAN        :
MCDERMOTT, individually,
                                                                                   :

                                        Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Parties shall submit a new proposed case management order addressing the following issues by November 30, 2022:

1. Parties shall not modify the joinder condition in paragraph 4;

2. Depositions, expert discovery, and all discovery shall be completed by specific, enumerated dates;

3. Trial length shall be only an estimated length expressed as a number of days, without additional qualifiers;

4. Additional information about anticipated or proposed motions should not be included as part of the proposed case management order.

SO ORDERED.

Dated:    November 23, 2022
              New York, New York

                                                               Vernon S. Broderick
                                                                United States District Judge