USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY SMITH, individually and on
behalf of all others similarly situated,

                                      Plaintiffs,

             -against-

AKELA CONTRACTING LLC; AKELA
CONTRACTING/CIVETTA COUSINS JOINT
VENTURE, LLC; JDV SAFETY INC; ALL
EYES ON SAFETY INC; KARINE
WILLIAMS, individually; and, BRIAN
MCDERMOTT, individually,

                                      Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**22-CV-1185 (VSB)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 73). A telephone conference will be held on **Tuesday, February 7, 2023 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: November 30, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge