```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY SMITH,

                                  Plaintiffs,

          -against-

AKELA CONTRACTING LLC, et al.,

                                 Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**22-CV-1185 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Thursday, April 25, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel for the Third Party Defendant are excused from attending this proceeding.**

      SO ORDERED.

Dated: March 13, 2024
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge