

28 Liberty Street, 30th Floor • New York, NY  10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2024
```

June 21, 2024

**VIA CM/ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
Courtroom 17D
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

06/21/2024

Re:   *Smith v. Akela Contracting LLC, et al.*, No. 22 Civ. 01185 (VSB)(KHP)

Dear Judge Parker:

      We are counsel for Plaintiff and putative class and collective in the above-referenced matter. We write pursuant to Your Honor's Individual Practice Rule I(c), and with the consent of all parties, to advise the Court the parties have reached a settlement in principle and are currently in the process of negotiating the settlement agreement and corresponding court submissions. Thus, we hereby jointly respectfully request that all case deadlines be adjourned sine die so that we can finalize and submit the requisite paperwork, which the parties will do as expeditiously as possible.

      Further, we respectfully request that the settlement conference currently scheduled for June 24, 2024 be adjourned sine die so that the parties can prepare and submit the settlement paperwork. This is the second request for an adjournment of this particular conference.

      Counsel remains available should Your Honor require additional information regarding this submission. We thank the Court for its time and consideration of our request.

      Respectfully submitted,

/s/ Armando A. Ortiz
Armando A. Ortiz

Cc: All Counsel of Record (Via ECF)