```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANTHONY SMITH,

                                   Plaintiffs,

        -against-

AKELA CONTRACTING LLC, et al.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-MOTION DISCOVERY CONFERENCE**

**22-CV-1185 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 1, 2024, Third-Party Defendant the City of New York (the "City") filed a Letter Motion requesting a pre-motion discovery conference, or, in the alternative, to permit the City to move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a protective order staying discovery in the Third-Party Action pending the Court's decision on the City's Motion to Dismiss the Third Party Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) and (b)(1).  (ECF No. 160)  The City's request for a pre-motion discovery conference is GRANTED.

      The parties shall appear for a telephonic pre-motion discovery conference on **Tuesday, November 26, 2024 at 2:30 p.m.**  The parties are directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access: 485 8267#.**

      SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                                                         KATHARINE H. PARKER
                                                                       United States Magistrate Judge