Case 1:22-cv-01185-VSB-KHP    Document 166    Filed 11/19/24    Page 1 of 2

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

# GRAE & GRAE LLC
The Law Firm

**MEMO ENDORSED**

www.graelaw.com

> **APPLICATION GRANTED:** The telephonic Pre-motion Conference scheduled for Tuesday, November 26, 2024 at 2:30 p.m. is hereby rescheduled to <u>Tuesday, January 14, 2025 at 12:00 p.m.</u> The parties are directed to call Judge Parker's teleconference line at the scheduled time. <u>Please dial (646) 453-4442, ID: 516 600 825#.</u>
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 11/19/2024

Previn A. Waran
Partner
School House Plaza
374 Millburn Ave, Suite 200E
Millburn, NJ 07041
Tel: (212) 221-8763
pwaran@graelaw.com

November 19, 2024

**VIA CM/ECF**
The Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 750
New York, New York 10007

Re: <u>Smith v. Akela Contracting LLC et al.</u> – Civil Action No.: 1:22-cv-01185-VSB-KHP

Dear Judge Parker:

Our offices are counsel to defendants/third-party plaintiffs, Akela Contracting LLC ("Akela"), Akela Contracting/Civetta Cousins JV, Joint Venture, LLC (the "JV", and, together with Akela, the "Akela Defendants"), and Karine Williams ("Williams, and, together with the Akela Defendants, the "Third-Party Plaintiffs"), in connection with the above-referenced action. We write, in accordance with Rules I(b) and (c) of Your Honor's Individual Practices in Civil Cases, and with the consent of counsel for third-party defendant, The City of New York (the "City"), to respectfully request that the Local Civil Rule 37.2 pre-motion discovery conference that the Court, in its Order entered earlier today at ECF No. 164, has scheduled for Tuesday, November 26, 2024, at 2:30 p.m., be adjourned to any of the following dates that are mutually convenient for counsel for Third-Party Plaintiffs and the City, or, alternatively, the next date thereafter that is convenient for the Court: December 9, 10, 13, 18, and/or 19, 2024.

As and for good cause for the relief requested herein, the undersigned, who is the partner of his law offices responsible for this matter, and the only attorney capable of handling the appearance, will be out of the office throughout the afternoon of November 26, 2024, in order to attend to a family-related matter that, regrettably, cannot be rescheduled. Accordingly, the relief requested herein will ensure his ability to appear and meaningfully address, on behalf of Third-Party Plaintiffs, the City's request for leave to move this Court, pursuant to FED. R. CIV. P. 26(c), for a stay of all discovery pending the Court's adjudication of the City's presently pending motion to dismiss the Third-Party Complaint in its entirety. As noted above, the City's counsel has graciously consented to the relief requested herein. Finally, this is Third-Party Plaintiffs' first

1

request for the relief sought herein, which will have no impact on any other deadlines in this action, all of which have been adjourned *sine die* per the Court's order dated June 21, 2024.  *See* ECF No. 158.

On behalf of Third-Party Plaintiffs, the undersigned thanks the Court for its time and consideration of the herein request.

Respectfully submitted,

Previn A. Waran, Esq.

cc: All Counsel of Record (*Via ECF*)