UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANTHONY SMITH,

                              Plaintiff,

                -against-

AKELA CONTRACTING LLC, et al.,

                              Defendants.
----------------------------------------------------------------X

**POST-CONFERENCE ORDER**

**22-CV-1185 (VSB) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On January 14, 2025, the parties appeared before the undersigned for a Pre-Motion Conference on Third-Party Defendant's anticipated Motion for a Protective Order staying discovery in the Third-Party action pending the Court's decision on the Motion to Dismiss the Third-Party Complaint. (ECF No. 160) For the reasons discussed during the conference, discovery in the Third-Party action shall be stayed until **April 14, 2025**. **By April 14, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of settlement negotiations, including requesting a settlement conference if needed or, alternatively, proposing a briefing schedule for any Motion for a Protective Order under Rule 26 of the Federal Rules of Civil Procedure.

      **SO ORDERED.**

Dated: January 14, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge