

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025
```

**VIA CM/ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

**APPLICATION GRANTED**
[signature] 3/10/2025
Hon. Katharine H. Parker, U.S.M.J.

Re:   *Smith v. Akela Contracting LLC et al.*, No. 22 Civ. 01185 (VSB)(KHP)

Dear Judge Parker:

We represent Plaintiffs in the above referenced matter. We write jointly with the Defendants to respectfully request an extension of time for the Parties to submit the approval papers from the current deadline of March 7, 2025 to March 14, 2025. Since the date of the Court's last order setting the March 7th deadline, the Parties worked through the remaining issues and finalized the agreement, which has to date been signed by the Plaintiff. Defendants are in the process of gathering their signatures.

This is the third extension request for this deadline and all hope to be the last.[1] We apologize that this request is made within 48 hours of the applicable deadline; again, despite all sides' efforts, additional time is needed for Defendants to coordinate their signatures and sign off on the approval papers.

We thank the Court for its time and attention to our request.

Sincerely,

/s/ Armando A. Ortiz
Armando A. Ortiz

CC: All Counsel of Record

---

[1] The original deadline was February 13, 2025.