

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

March 14, 2025

**VIA CM/ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2025
```

Re:   *Smith v. Akela Contracting LLC et al.*, No. 22 Civ. 01185 (VSB)(KHP)

Dear Judge Parker:

We represent Plaintiffs in the above referenced matter. We write jointly with the Defendants to request a status conference in whatever medium convenient for the Court to address an unexpected development in the case that is affecting the ability to effectuate the settlement agreed upon by the Parties. The Parties request that this status conference avoid late Friday afternoons due to Shabbat, and the dates of March 20, 21, 24, 25 and April 2, 2025, which are current non-movable conflicts. Otherwise, we ask for a date and time convenient for the Court.

The Parties also ask that any deadlines to submit the settlement papers be adjourned until such time that the requested conference take place, at which new deadlines can be scheduled.

We thank the Court for its time and attention to our request.

Sincerely,

/s/ Armando A. Ortiz
Armando A. Ortiz

CC: All Counsel of Record

**APPLICATION GRANTED:** A telephonic attorney only Settlement Status Conference in this matter is hereby scheduled for Thursday, March 27, 2025 at 12:00 p.m. Counsel for the parties will be emailed the call-in information for this proceeding.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/14/2025