IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AKELA CONTRACTING LLC; AKELA CONTRACTING/CIVETTA COUSINS JV, JOINT VENTURE, LLC; JDV SAFETY INC.; ALL EYES ON SAFETY INC; KARINE WILLIAMS, individually; and BRIAN MCDERMOTT, individually,<br><br>Defendants. | Case No. 22 Civ. 01185 (VSB) (KHP)<br><br>NOTICE OF MOTION FOR APPROVAL OF FLSA COLLECTIVE SETTLEMENT |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement ("Motion for Approval") and in the Declaration of Armando A. Ortiz in Support of Plaintiffs' Motion for Approval (the "Ortiz Declaration"), Plaintiffs respectfully request the Court enter an Order:

(1) granting approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as **Exhibit A** to the Ortiz Declaration;

(2) issuing final approval of the FLSA settlement;

(3) issuing notice of settlement be sent to FLSA Collective Members comprised of all crossing guards and/or non-union flaggers by Defendants in connection with Akela Defendants' Public Works contracts in the Relevant Statutory Period as outlined in the Settlement Agreement;

(4) approving a service award to Plaintiff Anthony Smith as outlined in the Settlement Agreement;

1

(5)     awarding Plaintiffs' Counsel's attorneys' fees and costs as outlined in the Settlement Agreement;

(6)     approving Plaintiffs' proposed settlement procedure; and

(7)     granting such other, further, or different relief as the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached as **Exhibit J** to the Ortiz Declaration, for the Court's convenience.

*   *   *

Dated:   New York, New York
         April 28, 2025

                                    Respectfully submitted,

                                    /s/ Armando A. Ortiz
                                    Armando A. Ortiz

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Armando A. Ortiz
Katherine Bonilla
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiffs*