USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY SMITH,

                            Plaintiffs,              POST-CONFERENCE ORDER

          -against-                          22-CV-1185 (VSB) (KHP)

AKELA CONTRACTING LLC,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 30, 2025, the parties in the third-party action appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Third-Party Defendant The City of New York shall produce to Third-Party Plaintiff Akela Contracting LLC copies of resident engineer daily reports for the relevant time period **by July 15, 2025**. Discovery is otherwise stayed for 30 days to allow the parties time to discuss settlement.

The parties shall file a Joint Status Letter informing the Court whether they would like to schedule a settlement conference **by June 30, 2025**.

    **SO ORDERED.**

Dated: June 2, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge